HARRISON BURKLOW

*v.*

THE PEOPLE OF THE STATE OF ILLINOIS.

PRACTICE IN SUPREME COURT. Where no abstracts, briefs or arguments were filed in a capital · case, this court, notwithstanding the omission, carefully examined the record, and failing to find any error, the judgment below was affirmed, fixing the time for executing the sentence of death.

WRIT OF ERROR to the Circuit Court of Johnson county; the Hon. JOHN DOUGHERTY, Judge, presiding.

This was an indictment against Harrison Burklow for the murder of one David Wagoner, by shooting him with a pistol, on July 5, 1877. A trial was had, resulting in a verdict and judgment of guilty, and sentence to death by hanging.

Per CURIAM: This writ of error brings before us the record of the conviction of the plaintiff in error, for the crime of murder. No abstracts or briefs have been filed, and no argument has been made in support of the errors assigned. We have, however, notwithstanding this omission, examined carefully the entire record, and we fail to discover therein any error. The judgment of the court below is affirmed, and the sentence of death will be executed in conformity with that judgment, on Friday, the 5th day of July next.

*Judgment affirmed.*